No. 1338.   CHENG HO MUI ET AL. *v.* RINALDI, DIS-TRICT DIRECTOR OF IMMIGRATION AND NATURALIZATION SERVICE.   C. A. 3d Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.   *Abraham Lebenkoff* and *Jules E. Coven* for petitioners.   *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Roger A. Pauley* for respondent.

No. 1368.   BECK, PENAL FARM SUPERINTENDENT, ET AL. *v.* WINTERS.   C. A. 8th Cir.   Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.   *Joe Purcell,* Attorney General of Arkansas, *Don Langston,* Deputy Attorney General, and *Richard B. Adkisson* for petitioners.   *Jack Greenberg, Michael Meltsner,* and *Anthony G. Amsterdam* for respondent.

No. 1424.   EIMCO CORP. *v.* PETERSON FILTERS & ENGI-NEERING CO. ET AL.   C. A. 10th Cir.   Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.   *Granville M. Brumbaugh* and *Mark N. Donohue* for petitioner.   *Walter D. Ames* and *Richard E. Babcock, Jr.,* for respondents.

No. 1276.   ROBERTS *v.* MCDONALD ET AL.   C. A. D. C. Cir.   Certiorari denied.   MR. JUSTICE BRENNAN took no part in the consideration or decision of this petition. *Stephan A. Trimble* for respondents.

No. 143, Misc.   ADAMS *v.* CALIFORNIA ET AL.   Ct. App. Cal., 4th App. Dist.   Certiorari denied.   *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Philip C. Griffin,* Deputy Attorney General, for respondents.